IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. HAZELL, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-CV-2866 |
| v. | : | |
| BP PRODUCTS NORTH AMERICA, INC., | : | FILED JUL - 2 2002 |
| Defendant. | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Janice G. Dubler (Attorney I.D. No. 76578) and Edward T. Ellis (Attorney I.D. No. 23680) on behalf of defendant, BP Products North America Inc., in the captioned matter.

Montgomery, McCracken, Walker &
Rhoads, LLP

_____
Janice G. Dubler, Esquire
Attorney ID No.: 76578
123 S. Broad Street
Philadelphia, PA 19109
(215) 772-1500

Date: July 1, 2002

812401v1