IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH S. HAZELL, | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : NO. 02-CV-2866 |
| BP PRODUCTS NORTH AMERICA, INC., | : |
| Defendant. | : |

FILED   JUL -2 2002

## MOTION FOR ADMISSION PRO HAC VICE
## OF MARY L. CASEY

I, Janice G. Dubler, counsel for Defendant BP Products North America Inc. (hereinafter "BP") in the above action, and being a member in good standing of the bar of this Court, hereby move the Court to admit pro hac vice Mary L. Casey, Esquire, of the Illinois bar, and in support of said motion state that:

809255v1

1. Mary L. Casey is an in-house attorney for BP with an address and telephone number as follows:

>BP America, Inc.
>Law Department
>MC 2101A
>200 East Randolph Drive
>Chicago, IL  60601-7125
>(312) 856-6656

2. Ms. Casey is admitted to practice before the following courts:

| Court | Date of Admission |
| --- | --- |
| Supreme Court of the United States | 1998 |
| United States District Court for the Northern District of Illinois | 1981 |
| Supreme Court of Illinois | 1981 |

See Declaration of Mary L. Casey, attached hereto as Exhibit "A".

3. Ms. Casey regularly counsels BP management and staff on a wide range of employment issues, and is familiar with the law and facts pertinent to this case. BP believes that its defense would be furthered if Ms. Casey is permitted to participate fully and on the record in that defense.

4. If admitted pro hac vice in this matter, Ms. Casey will abide by the Local Rules of Civil Procedure of the Eastern District of Pennsylvania. Pursuant to Local Rule 83.5.2(a), the undersigned will remain counsel of record.

809255v1

WHEREFORE, counsel for Defendant BP hereby requests that this Court grant its Motion for Admission Pro Hac Vice of Mary L. Casey, Esquire, in the above-captioned matter.

Respectfully submitted,

*Janice Dubler*

Edward T. Ellis
Attorney I.D. No. 23680
Janice G. Dubler
Attorney I.D. No. 76578
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109-1099

Attorneys for Defendant
BP Products North America Inc.

Dated: July 1, 2002

809255v1

## CERTIFICATE OF SERVICE

I, Janice G. Dubler, do hereby certify that on the 1st day of July, 2002, I served a true and correct copy of the foregoing Motion for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> of Mary L. Casey, Esquire, via U.S. First Class Mail, postage prepaid, upon the following individuals at the address indicated:

>Nancy C. DeMis, Esquire
>Dena B. Calo, Esquire
>Gallagher, Schoenfeld, Surkin & Chupein, P.C.
>25 West Second Street
>Media, PA 19063-0900

*Janice G. Dubler*
Janice G. Dubler, Esquire

809255v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH S. HAZELL, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | NO. 02-CV-2866 |
| : | |
| BP PRODUCTS NORTH AMERICA, INC.,: | |
| : | |
| Defendant. : | |

### DECLARATION OF MARY L. CASEY
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Mary L. Casey, declare that the following information is true and correct:

1. I make this declaration in support of an application that I be permitted to appear in the above-captioned civil action. This certification is based upon my personal knowledge.

2. I am an attorney at law in the State of Illinois, and am employed by defendant BP Products North America, Inc. as in-house counsel.

3. I am a member of the bar of the State of Illinois; I am admitted to practice law in the United States District Court for the Northern District of Illinois; and I am admitted to the bar of the United States Supreme Court.

809255v1

4. I am and at all times have been a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings against me in any jurisdiction.

6. I am associated in this matter with Edward T. Ellis and Janice G. Dubler who are attorneys-at-law of the Commonwealth of Pennsylvania and admitted to practice before this Court.

7. My employer, BP America, Inc., has requested that I personally assume responsibility for its defense in this case.

8. There is a good cause for my admission pro hac vice in this matter because of my relationship as in-house counsel with BP America, Inc.:

   (a) In this capacity, I regularly counsel BP America, Inc. and BP Products North America, Inc. management and staff regarding a range of employment issues.

   (b) I not only supervise, but also personally handle, litigation nationwide for BP America, Inc. as an integral part of my job responsibilities.

9. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Mary L. Casey

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH S. HAZELL,                    :
                                     :    CIVIL ACTION
           Plaintiff,                :
                                     :
    v.                               :    NO. 02-CV-2866
                                     :
BP PRODUCTS NORTH AMERICA, INC.,:
                                     :
           Defendant.                :
                                     :

CERTIFICATE OF COUNSEL OF UNCONTESTED MOTION
PURSUANT TO LOCAL RULE 7.1(b)

The undersigned counsel for Defendant BP Products North America Inc. hereby certifies, pursuant to Local Rule of Civil Procedure 7.1(b), that the attached Motion For Admission of Mary L. Casey, Esquire Pro Hac Vice, is uncontested.

Janice G. Dubler
Attorney I.D. No. 76578
Montgomery, McCracken, Walker & Rhoads, LLP

Attorneys for Defendant
BP Products North America Inc.

809255v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH S. HAZELL, : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | NO. 02-CV-2866 |
| BP PRODUCTS NORTH AMERICA, INC., : | |
| Defendant. : | |

**ORDER GRANTING ADMISSION PRO HAC VICE**

AND NOW, this _____ day of _____, 2002, upon the motion of counsel for Defendant BP Products North America Inc. and finding no opposition, it is ORDERED that Mary L. Casey, Esquire, is hereby admitted pro hac vice.

BY THE COURT:

_____
J.

809255v1