IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. HAZELL, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 02-2866 |
| | : | |
| v. | : | |
| | : | |
| BP PRODUCTS NORTH AMERICA, INC., | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

**TO:** Michael E. Kunz
Clerk of the United District Court
Eastern District of Pennsylvania

Kindly enter the appearance of Edward T. Ellis and Beth A. Friel as attorneys for defendant BP Products North America, Inc. in the above-captioned action.

_/s/ Edward T. Ellis_
Edward T. Ellis (Pa. ID No. 23680)
Montgomery, McCracken, Walker
 & Rhoads, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-7322

_/s/ Beth A. Friel_
Beth A. Friel (Pa. ID No. 86548)
Montgomery, McCracken, Walker
 & Rhoads, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-7622

Dated: February 21, 2003

891583v1

-2-

## CERTIFICATE OF SERVICE

I, Beth A. Friel, this 21st day of February, 2003, caused to be served upon the following counsel a true and correct copy of the foregoing Entry of Appearance by United States first-class mail, postage prepaid:

>Dena B. Calo, Esquire
>Gallagher, Schoenfeld, Surkin & Chupein
>25 West Second Street
>P. O. Box 900
>Media, PA 19063
>
>Attorney for Plaintiff

_____
Beth A. Friel