IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH S. HAZELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BP PRODUCTS NORTH AMERICA, INC. | : | NO. 02-2866 |

ORDER

      AND NOW, this         day of February, 2003, it is hereby ORDERED that:

      (1)  the motion of plaintiff for leave to amend the complaint is GRANTED; and

      (2)  plaintiff shall file his amended complaint within five (5) business days of the date of this Order.

                                  BY THE COURT:


                                  _____
                                                         J.